# United States District Court
# Central District of California

| | |
|---|---|
| URBAN TEXTILE, INC., | Case No. 2:14-cv-6074-ODW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| STAGE STORES, INC., | **SETTLEMENT** |
| Defendant. | |

In light of the Notice of Settlement (ECF No. 57), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, July 13, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 28, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**